# Exhibit 5

## SUMMARY OF INVOICES OF DOGHRAMJI RELATORS

| Law Firms | Lawyers/staff | Hours pre-8/1/2014 | Value | Hours post-8/1/2014 | Value | Total Value |
|---|---|---|---|---|---|---|
| Barrett Johnston Martin & Garrison, LLC[1] | 5/5 | 524.05 | $218,833.50 | 309.25 | $112,452.75 | $331,286.25 |
| Grant & Eisenhofer P.A.[2] | 18/6 | 3714.2 | $1,554,968.50 | 707.6 | $377,601.00 | $1,932,569.50 |
| Cohen Milstein Sellers & Toll[3] | 6/4 | 1881.1 | $752,863.25 | 92.95 | $46,457.75 | $799,321.00 |
| James & Hoffman[4] | 4/1 | 930.75 | $619,559.25 | | | $619,559.25 |
| Grand Totals | 33/16 | 7050.1 | $3,146,224.50 | 1109.8 | $536,511.50 | $3,682,736.00 |

Source:
[1] Declarations of David Garrison (Docs. 88 and 194)
[2] Declarations of Traci Buschner (Docs. 89 and 192)
[3] Declaration of Kit A. Pierson (Doc. 193)
[4] Declaration of David Dean (Doc. 91)

Note:
These numbers are similar, but not identical, to those included in the Doghramji motion, however they are based on the invoices, rather than the motion.